**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

**No. 01-20145**
**Summary Calendar**
_____

**UNITED STATES OF AMERICA,**

                                        **Plaintiff-Appellee,**

**versus**

**CARLOS MARAVILLA-AMAYA,**

                                        **Defendant-Appellant.**

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-00-CR-761-1
--------------------
August 16, 2001

Before JONES, SMITH, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

        Carlos Maravilla-Amaya's appointed counsel has filed a motion for leave to withdraw as counsel and a brief in support in accordance with <u>Anders v. California</u>, 386 U.S. 738, 744 (1967). Maravilla has filed a motion for the removal of his appellate counsel and for this court to appoint new counsel. Our independent review of the record, counsel's brief, and Maravilla's motion reveals that there are no nonfrivolous issues for appeal.

        Counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities in this case, and the APPEAL IS DISMISSED.

---

        [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Maravilla has not demonstrated an incompatibility or pressing circumstances for the removal of his current appellate counsel and for the appointment of new counsel.  <u>See</u> 5th Circuit Plan § 3; <u>see</u> <u>also</u> <u>United States v. Route</u>, 104 F.3d 59, 64 (5th Cir. 1997).  His motion is **DENIED**.